```
                                      FILED: June 17, 2010

              UNITED STATES COURT OF APPEALS
                  FOR THE FOURTH CIRCUIT

                  _____

                       No. 10-1187
                 (7:08-cv-00592-gec-mfu)

                  _____
```

ANNA M. CLAYTON

        Plaintiff - Appellant

v.

JAMES DICKENS; JEMKO TRANSPORT, INCORPORATED

        Defendants - Appellees

 and

C&M FORWARDING COMPANY, INCORPORATED

        Defendant

```
                  _____

                      M A N D A T E
                  _____
```

The judgment of this Court, entered May 26, 2010, takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk

Case: 08-1087  Document: 15  Date Filed: 06/07/10  Page: 2 of 2

/s/Patricia S. Connor, Clerk